**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**

**08 C 1129**

# EXHIBIT J

02063
00183

## GED

BK02063PG0183    FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2001 MAR -7 PM 2: 40

TOM LAWLER, CLERK

Return recorded copy to :
Kemal Idris
Century Turn Key, LLC
12195 Highway 92, Suite 114-214
Woodstock, GA 30188
(404) 246-9952

### Materialman's and Mechanic's Claim of Lien
### State of Georgia, Gwinnett County

Century Turn Key, LLC, engaged in the business of improving real estate by performing services, furnishing labor, materials and/or equipment, claims a lien thereon as provided by law beginning 01/10/07 upon a certain building and the real estate upon which it is erected and owners.

The Lien amount claimed is:      **$122,585.00**    (plus applicable interest).

The Landings Florida, LLC
12100 Wilshire Boulevard  Suite 250
Los Angeles, CA  90025

Property owner(s), for satisfaction of a claim which became due on  01/10/07  for building,  repairing,  improving or furnishing, material and  labor  for  a building or structure.  Said labor, materials, equipment, or service(s) were furnished at the request of:

Lane Company
5555 Glenridge Connector  Suite 700
Atlanta, GA  30342

The real estate in Gwinnett County being more particularly described as follows:

Bristol Court Apartments
3655 Westchase Village Lane
Norcross, GA 30092
District:  6          Land Lot(s):   282, 305
Exact Legal Description is recorded in Deed Book 46210, Page # 1

This notice and Claim of Lien is filed for record, in the Office of the Superior Court of the county where the property is located, pursuant to the provisions of O.C.G.A, 44-14-360 et. seq. within three months since last furnishing or performance of the aforementioned labor, materials, equipment or service(s) by Lien Claimant as follows:

Century Turn Key, LLC
7001 Peachtree Industrial Boulevard Suite 430 A
Norcross GA  30092
(404) 246-9952                                      By:  _Kemal Idris_
                    03/06/07                            Kemal Idris

This debt which this instrument was given to secure having been paid in full, this instrument is hereby canceled, and the Clerk of Superior Court of the aforementioned County is hereby authorized and directed to satisfy it of record.  This _____ day of _____

008189-90   By: _____
                    Century Turn Key, LLC

File # 7035-234429-25571

02069
00122

GED

BK 0 2 0 6 9 P G 0 I 2 2

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 MAR 23 PM 1: 26

TOM LAWLER, CLERK

Return To:
Larry E. Elsner, Jr.
Elsner's Superior Flooring, Inc.
1800 Wilson Way, #6
Smyrna, GA 30082

770-319-8885

**Materialman's and Mechanic's Claim of Lien**
State of Georgia, Gwinnett County

Elsner's Superior Flooring, Inc. , engaged in the business of improving real estate by performing services, furnishing materials and/or equipment, claims a lien in the amount of $39,212.92 plus interest thereon as provided by law, upon a certain building and the real estate upon which it is erected of:

_The Landings Florida, LLC_

property owner(s), for satisfaction of a claim which became due on 12/28/2006 for building, repairing, improving and/or furnishing material and labor for a building or structure. Said labor, materials, or equipment were furnished by the undersigned lien claimant at the instance of Bristol Courts

The real estate in Gwinnett County, Georgia being more particularly described as:

Land Lot: _282 + 305_ District: _6th_ Section: _____

Being Known As:

Plat Book: _____ Page: _____ Warranty Deed _46210_ Page: _1_

And being more particularly described on EXHIBIT "A" attached hereto and by reference incorporated herein.

This notice and Claim of Lien is filed for record, in the Office of the Clerk of the Superior Court of this County where the property is located pursuant to O.C.G.A. 44-14-360, et.seq. within three (3) months since the last furnishing or performance of the aforementioned labor, service or material.

Filed this the _22nd_ day of _March_, 2007.

Elsner's Superior Flooring, Inc.

BY: _Larry E. Elsner Jr_
Larry E. Elsner, Jr.

ITS: _Credit Manager_

============================== TO RELEASE CLAIM OF LIEN ==============================

Instructions: To release this lien in the public record filings, the Lien Claimant must sign the information below the original lien, then mail the original lien and a $5.00 check payable to "The Clerk of Superior Court of Gwinnett County".

Mail To: Superior Court Clerk of Gwinnett County, P O Box 880
Lawrenceville, GA 30046, Attn: Lien Filings.

This instrument is hereby cancelled and the Clerk of Superior Court of Gwinnett County, Georgia is hereby authorized and directed to satisfy it of record.

This the _____ day of _____, _____.

Elsner's Superior Flooring, Inc.

BY: _____ Title: _____

L-3021402

LLD-200-3021402-AM                    009771

02069
00123

GED

BK02069PG0123

EXHIBIT "A"

TRACT I

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, being more particularly described as follows:

BEGINNING at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 89°33'54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34°32'12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point; thence S 47°10'12" E, a distance of 179.23 feet to a point; thence N 23°33'00" E a distance of 190.00 feet to a point; thence N 46°43'00" E a distance of 116.00 feet to a point; thence S 46°08'00" E a distance of 343.32 feet to a point; thence N 79°53'00" E a distance of 208.00 feet to a point; thence N 14°48'00" E a distance of 164.00 feet to a point; thence N 44°00'00" E a distance of 59.00 feet to a point; thence N 84°04'00" E a distance of 57.00 feet to a point; thence S 57°02'00" E a distance of 33.00 feet to a point; thence S 73°10'39" E a distance of 134.70 feet to a point; thence N 61°30'00" E a distance of 54.00 feet to a point; thence N 83°06'00" E a distance of 26.00 feet to a point; thence S 62°42'16" E a distance of 192.00 feet to a point; thence S 31°58'09" W a distance of 47.38 feet to a point; thence S 02°42'00" E a distance of 50.00 feet to a point; thence S 38°48'00" E a distance of 160.00 feet to a point; thence S 77°47'00" E a distance of 90.00 feet to a point; thence N 76°28'00" E a distance of 189.00 feet to a point; thence N 46°14'00" E a distance of 28.00 feet to a point; thence N 29°31'00" E a distance of 21.00 feet to a point; thence N 49°37'40" E a distance of 283.98 feet to a point; thence N 17°57'00" E a distance of 332.00 feet to a point, thence N 65°29'00" E a distance of 121.00 feet to a point; thence S 86°11'00" W a distance of 148.00 feet to a point; thence S 73°49'00" E a distance of 198.00 feet to a point; thence N 16°11'00" E a distance of 155.00 feet to a point; thence N 78°59'00" E a distance of 42.00 feet to a point; thence S 07°00'00" E a distance of 177.00 feet to a point; thence S 71°57'17" E a distance of 131.23 feet to a point on the northwestern right-of-way line of Peachtree Corners West (a 100 foot right-of-way); thence S 16°27'41" W, along said northwestern right-of-way line of Peachtree Corners West, a distance of 608.00 feet, more or less, to the point of intersection of said right-of-way line with the centerline of Crooked Creek; thence in a generally northwesterly direction, along said centerline of Crooked Creek, and following the meanderings thereof, a distance of 392.00 feet, more or less, to the point of intersection of the centerline of said creek with the line common to said Land Lots 282 and 305; thence S 38°10'02" W, along said line common to Land Lots 282 and 305, a distance of 1,462.00 feet, more or less, to the iron pin found at the POINT OF BEGINNING.

PG 1 OF 2

02069
00124

### GED

BK02069PG0124

<u>EXHIBIT "A"</u>
<u>TRACT 2</u>

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 58° 23' 54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34° 32' 15" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point, said point marking the TRUE POINT OF BEGINNING; FROM SAID TRUE POINT OF BEGINNING AS THUS ESTABLISHED, running thence N 34° 32' 15" W, along said line common to Land Lots 305 and 306, a distance of 491.76 feet to an iron pin found; thence N 59° 22' 15" E a distance of 1,583.34 feet to an iron pin found; thence S 31° 00' 33" E a distance of 339.54 feet to an iron pin found; thence S 51° 00' 33" E a distance of 546.64 feet to an iron pin found; thence N 31° 11' 41" E a distance of 785.15 feet to an iron pin found; thence N 17° 02' 10" E a distance of 305.00 feet to an iron pin set; thence N 00° 20' 57" E a distance of 43.12 feet to an iron pin found; thence S 71° 48' 28" E a distance of 511.13 feet to an iron pin set on the northwesterly right-of-way line of Peachtree Corners West (a 102 foot right-of-way); thence in a southwesterly direction, along said northwestern right-of-way line of Peachtree Corners West, the following courses and distances: along the arc of a 3,200.00 foot radius curve, an arc distance of 461.36 feet to a point (said arc being subtended by a chord lying to the southeast of said arc and bearing S 22° 28' 09" W a distance of 460.31 feet); and S 16° 27' 41" W a distance of 37.00 feet to a point; thence N 73° 17' 17" W a distance of 131.25 feet to a point; thence N 07° 02' 00" W a distance of 127.00 feet to a point; thence S 78° 39' 00" W a distance of 42.00 feet to a point; thence S 16° 11' 00" W a distance of 155.00 feet to a point; thence N 73° 49' 00" W a distance of 192.00 feet to a point; thence N 16° 11' 00" E a distance of 148.00 feet to a point; thence S 65° 39' 00" W a distance of 121.00 feet to a point; thence S 17° 57' 00" W a distance of 332.00 feet to a point; thence S 49° 37' 42" W a distance of 288.98 feet to a point; thence S 30° 33' 00" W a distance of 22.00 feet to a point; thence S 46° 14' 00" W a distance of 38.00 feet to a point; thence S 76° 16' 00" W a distance of 189.00 feet to a point; thence N 72° 47' 00" W a distance of 90.00 feet to a point; thence N 38° 48' 00" W a distance of 160.00 feet to a point; thence N 02° 42' 00" W a distance of 30.00 feet to a point; thence N 31° 38' 00" E a distance of 47.88 feet to a point; thence N 62° 48' 16" W a distance of 149.00 feet to a point; thence S 83° 06' 00" W a distance of 34.00 feet to a point; thence S 61° 30' 00" W a distance of 54.00 feet to a point; thence N 31° 16' 39" W a distance of 134.70 feet to a point; thence N 57° 02' 00" W a distance of 53.00 to a point; thence S 84° 04' 00" W a distance of 19.00 feet to a point; thence S 44° 00' 00" W a distance of 59.00 feet to a point; thence S 14° 43' 00" W a distance of 164.00 feet to a point; thence S 79° 35' 00" W a distance of 208.00 feet to a point; thence N 46° 00' 03" W a distance of 261.32 feet to a point; thence S 44° 42' 00" W a distance of 116.00 feet to a point; thence S 23° 18' 00" W a distance of 190.00 feet to a point; thence N 67° 12' 17" W a distance of 119.21 feet to the TRUE POINT OF BEGINNING. Said Tract containing 39.424 acres.

With respect to TRACT 1 AND TRACT 2

PG 2 of 2

02124
00268

GED

BK 0 2 1 2 4 PG 0 2 6 8

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 JUL 18  PM 3: 59

TOM LAWLER. CLERK

Return recorded copy to :
Beverly White
Athens-Atlanta Asphalt Company, Inc.
12195 Highway 92,  Suite 114-214
Woodstock, GA  30188
(404) 352-3644

## Materialman's and Mechanic's Claim of Lien
### State of Georgia,  Gwinnett County

Athens-Atlanta Asphalt Company, Inc., engaged in the business of improving real estate by performing services, furnishing labor, materials and/or equipment, claims a lien thereon as provided by law beginning 04/24/07 upon a certain building and the real estate upon which it is erected and owners.

The Lien amount claimed is:    **$2,794.45**    (plus applicable interest).

The Landings Florida, LLC
12100 Wilshire Boulevard  Suite 250
Los Angeles, CA  90025

Property owner(s), for satisfaction of a claim which became due on 04/24/07 for building, repairing, improving or furnishing, material and labor for a building or structure. Said labor, materials, equipment, or service(s) were furnished at the request of:

Bristol Court Apartments
3655 Westchase Village Lane
Norcross, GA  30092

The real estate in Gwinnett County being more particularly described as follows:

Bristol Court Apartments
3655 Westchase Village Lane
Norcross, GA 30092
District:   6          Section          Land Lot(s):   282, 305
Exact Legal Description is recorded in Deed Book 46210, Page # 1

This notice and Claim of Lien is filed for record, in the Office of the Superior Court of the county where the property is located, pursuant to the provisions of O.C.G.A. 44-14-360 et. seq. within three months since last furnishing or performance of the aforementioned labor, materials, equipment or service(s) by Lien Claimant as follows:

Athens-Atlanta Asphalt Company, Inc.
2095 Marietta Blvd.
Atlanta GA 30318
(404) 352-3644                              07/18/07    By: _Beverly White_
                                                           Beverly White

This debt which this instrument was given to secure having been paid in full, this instrument is hereby canceled, and the Clerk of Superior Court of the aforementioned County is hereby authorized and directed to satisfy it of record.  This _____ day of

─────────────────────────

• 27232 •

By: _____

                    Athens-Atlanta Asphalt Company, Inc.

File # 322-250375-27232

025223

02162
00099

# GED

BK 0 2 1 6 2 PG 0 0 9 9

Return recorded copy to :
R. Brian Hooks
HGA Landscape Services, LLC
12195 Highway 92, Suite 114-214
Woodstock, GA 30188
(770) 642-5951

### Materialman's and Mechanic's Claim of Lien
### State of Georgia, Gwinnett County

HGA Landscape Services, LLC, engaged in the business of improving real estate by performing services, furnishing labor, materials and/or equipment, claims a lien thereon as provided by law beginning 09/10/07 upon a certain building and the real estate upon which it is erected and owners.

The Lien amount claimed is:       $15,000.00    (plus applicable interest).

The Landings Florida, LLC
12100 Wilshire Boulevard Suite 250
Los Angeles, CA 90025

Property owner(s), for satisfaction of a claim which became due on 09/10/07 for building, repairing, improving or furnishing, material and labor for a building or structure. Said labor, materials, equipment, or service(s) were furnished at the request of:

Lane Management, LLC
5555 Glenridge Connector Suite 700
Atlanta, GA 30342

The real estate in Gwinnett County being more particularly described as follows:

Bristol Court Apartments
3655 Westchase Village Lane
Norcross, GA 30092
District: 6      Section      Land Lot(s):   282, 305
Exact Legal Description is recorded in Deed Book 46210, Page # 1

This notice and Claim of Lien is filed for record, in the Office of the Superior Court of the county where the property is located, pursuant to the provisions of O.C.G.A. 44-14-360 et. seq. within three months since last furnishing or performance of the aforementioned labor, materials, equipment or service(s) by Lien Claimant as follows:

HGA Landscape Services, LLC
7875 Roswell Road Suite H
Atlanta GA 30350
(770) 642-5951

09/21/07    By:  R Brian Hooks
R. Brian Hooks

*(right margin, rotated)* FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY GA
07 SEP 24  PM 3: 03
TOM LAWLER, CLERK

This debt which this instrument was given to secure having been paid in full, this instrument is hereby canceled, and the Clerk of Superior Court of the aforementioned County is hereby authorized and directed to satisfy it of record. This _____ day of

_____      By: _____
                                   HGA Landscape Services, LLC

File # 6418-257276-28348

035794

02057
00044

02057
00044

GED

BK02057PG0044

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 FEB 27 AM 11: 12

TOM LAWLER, CLERK

Return To:
Phyllis Drew
Carpet South Incorporated
3684 Oakcliff Rd
Doraville, GA 30340

770-448-7174

**Materialman's and Mechanic's Claim of Lien**
State of Georgia, Gwinnett County

Carpet South Incorporated, engaged in the business of improving real estate by performing services, furnishing materials and/or equipment, claims a lien in the amount of $25,494.85 plus interest thereon as provided by law, upon a certain building and the real estate upon which it is erected of:

The Landings Florida, LLC

property owner(s), for satisfaction of a claim which became due on 11/30/2006 for building, repairing, improving and/or furnishing material and labor for a building or structure. Said labor, materials, or equipment were furnished by the undersigned lien claimant at the instance of Bristol Court Apartments

The real estate in Gwinnett County, Georgia being more particularly described as:

Land Lot: 282 & 305 District: 6th Section: _____

Being Known As:

Plat Book: _____ Page: _____ Warranty Deed: 46210 Page: 1

And being more particularly described on EXHIBIT "A" attached hereto and by reference incorporated herein.

This notice and Claim of Lien is filed for record, in the Office of the Clerk of the Superior Court of this County where the property is located pursuant to O.C.G.A. 44-14-360, et.seq. within three (3) months since the last furnishing or performance of the aforementioned labor, service or material.

Filed this the 27th day of February, 2007.

Carpet South Incorporated

BY: Phyllis Drew
Phyllis Drew

ITS: Credit Manager

=========================== TO RELEASE CLAIM OF LIEN ===========================

Instructions: To release this lien in the public record filings, the Lien Claimant must sign the information below the original lien, then mail the original lien and a $5.00 check payable to "The Clerk of Superior Court of Gwinnett County".

Mail To: Superior Court Clerk of Gwinnett County, P O Box 880
Lawrenceville, Ga 30046, Attn: Lien Filings.

This instrument is hereby cancelled and the Clerk of Superior Court of Gwinnett County, Georgia is hereby authorized and directed to satisfy it of record.

This the _____ day of _____, _____.

Carpet South Incorporated

BY: _____ Title: _____

L-3020940

LLD-200-3020940                    006349

02057
00045

GED

BK 0 2 0 5 7 PG 0 0 4 5

EXHIBIT "A"

TRACT 1

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, being more particularly described as follows:

BEGINNING at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 30° 23' 54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34° 32' 12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point; thence S 67° 10' 12" E, a distance of 119.25 feet to a point; thence N 23° 38' 00" E a distance of 190.00 feet to a point; thence N 44° 43' 00" E a distance of 116.00 feet to a point; thence S 46° 08' 05" E a distance of 263.52 feet to a point; thence N 79° 55' 00" E a distance of 208.00 feet to a point; thence N 14° 48' 00" E a distance of 164.00 feet to a point; thence N 44° 00' 00" E a distance of 59.00 feet to a point; thence N 84° 04' 00" E a distance of 57.00 feet to a point; thence S 57° 02' 00" E a distance of 53.00 feet to a point; thence S 75° 16' 39" E a distance of 134.70 feet to a point; thence N 61° 30' 00" E a distance of 54.00 feet to a point; thence N 83° 06' 00" E a distance of 36.00 feet to a point; thence S 62° 48' 16" E a distance of 149.00 feet to a point; thence S 51° 58' 09" W a distance of 47.88 feet to a point; thence S 02° 42' 00" E a distance of 50.00 feet to a point; thence S 38° 48' 00" E a distance of 160.00 feet to a point; thence S 73° 47' 00" E a distance of 90.00 feet to a point; thence N 76° 28' 00" E a distance of 189.00 feet to a point; thence N 46° 14' 00" E a distance of 38.00 feet to a point; thence N 20° 31' 00" E a distance of 21.00 feet to a point; thence N 49° 37' 40" E a distance of 288.98 feet to a point; thence N 17° 57' 00" E a distance of 332.00 feet to a point; thence N 65° 39' 00" E a distance of 121.00 feet to a point; thence S 16° 11' 00" W a distance of 148.00 feet to a point; thence S 73° 49' 00" E a distance of 198.00 feet to a point; thence N 16° 13' 00" E a distance of 155.00 feet to a point; thence N 78° 39' 00" E a distance of 42.00 feet to a point; thence S 07° 00' 00" E a distance of 127.00 feet to a point; thence S 72° 57' 17" E a distance of 131.25 feet to a point on the northwestern right-of-way line of Peachtree Corners West (a 100 foot right-of-way); thence S 16° 27' 41" W, along said northwestern right-of-way line of Peachtree Corners West, a distance of 608.00 feet, more or less, to the point of intersection of said right-of-way line with the centerline of Crooked Creek; thence in a generally northwesterly direction, along said centerline of Crooked Creek, and following the meanderings thereof, a distance of 592.00 feet, more or less, to the point of intersection of the centerline of said creek with the line common to said Land Lots 282 and 305; thence S 58° 50' 02" W, along said line common to Land Lots 282 and 305, a distance of 1,462.00 feet, more or less, to the iron pin found at the POINT OF BEGINNING.

02057
00046

GED

BK 0 2 0 5 7 PG 0 0 4 6     EXHIBIT "A"

TRACT 2

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the
6th District of Gwinnett County, Georgia, being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at an iron pin found marking the corner
common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 30° 23'
54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point;
thence N 34° 32' 12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00
feet to a point, said point marking the TRUE POINT OF BEGINNING; FROM SAID TRUE POINT
OF BEGINNING AS THUS ESTABLISHED, running thence N 34° 32' 12" W, along said line
common to Land Lots 305 and 306, a distance of 491.78 feet to an iron pin found; thence N 59° 22' 15"
E a distance of 1,683.24 feet to an iron pin found; thence S 31° 09' 38" E a distance of 350.58 feet to an
iron pin found; thence S 31° 00' 33" E a distance of 586.68 feet to an iron pin found; thence N 58° 11'
41" E a distance of 385.16 feet to an iron pin found; thence N 17° 02' 50" E a distance of 305.00 feet to
an iron pin set; thence N 00° 20' 57" E a distance of 45.12 feet to an iron pin found; thence S 71° 48' 28"
E a distance of 511.13 feet to an iron pin set on the northwestern right-of-way line of Peachtree Corners
West (a 100 foot right-of-way); thence in a southwesterly direction, along said northwestern right-of-
way line of Peachtree Corners West, the following courses and distances:  along the arc of a 2,200.00
foot radius curve, an arc distance of 461.36 feet to a point (said arc being subtended by a chord lying to
the southeast of said arc and bearing S 22° 28' 09" W a distance of 460.51 feet); and S 16° 27' 41" W a
distance of 37.00 feet to a point; thence N 72° 57' 17" W a distance of 131.25 feet to a point; thence N
07° 00' 00" W a distance of 127.00 feet to a point; thence S 78° 39' 00" W a distance of 42.00 feet to a
point; thence S 16° 11' 00" W a distance of 155.00 feet to a point; thence N 73° 49' 00" W a distance of
198.00 feet to a point; thence N 16° 11' 00" E a distance of 148.00 feet to a point; thence S 65° 39' 00"
W a distance of 121.00 feet to a point; thence S 17° 57' 00" W a distance of 332.00 feet to a point;
thence S 49° 37' 40" W a distance of 288.98 feet to a point; thence S 20° 31' 00" W a distance of 21.00
feet to a point; thence S 46° 14' 00" W a distance of 38.00 feet to a point; thence S 76° 28' 00" W a
distance of 189.00 feet to a point; thence N 73° 47' 00" W a distance of 90.00 feet to a point; thence N
38° 48' 00" W a distance of 160.00 feet to a point; thence N 02° 42' 00" W a distance of 50.00 feet to a
point; thence N 51° 58' 09" E a distance of 47.88 feet to a point; thence N 62° 48' 16" W a distance of
149.00 feet to a point; thence S 83° 06' 00" W a distance of 36.00 feet to a point; thence S 61° 30' 00" W
a distance of 54.00 feet to a point; thence N 75° 16' 39" W a distance of 134.70 feet to a point; thence N
57° 02' 00" W a distance of 53.00 to a point; thence S 84° 04' 00" W a distance of 57.00 feet to a point;
thence S 44° 00' 00" W a distance of 59.00 feet to a point; thence S 14° 48' 00" W a distance of 164.00
feet to a point; thence S 79° 55' 00" W a distance of 208.00 feet to a point; thence N 46° 08' 05" W a
distance of 263.52 feet to a point; thence S 44° 43' 00" W a distance of 116.00 feet to a point; thence S
23° 38' 00" W a distance of 190.00 feet to a point; thence N 67° 19' 12" W a distance of 119.25 feet to
the TRUE POINT OF BEGINNING. Said Tract containing 39.434 acres.

With respect to TRACT 1 AND TRACT 2

02120
00155

GED

BK 02120PG0155

NOTICE OF SUIT FILED

TO: CLERK OF SUPERIOR COURT OF GWINNETT COUNTY

RE: THE LANDINGS FLORIDA, LLC (Owner) AND THE LANDINGS FLORIDA, LLC,
D/B/A BRISTOL COURT APARTMENTS (Debtor)

Land Lot: 282 & 305, District: 6TH
Deed Book: 46210, Page: 1
Being Known As: Bristol Court Apartments

Personally before the undersigned officer authorized to administer oaths appeared Harriet
C. Isenberg, who, being duly sworn, does state the following:

1. Affiant is the attorney of record for the lienor named below; and

2. That suit has been brought in the State Court of Gwinnett County, Georgia, to wit: Civil
Action 07C-09322-2, Carpet South, Inc. v. The Landings Florida, LLC, d/b/a Bristol Court
Apartments; said case was filed on July 2, 2007; and

3. That said suit was brought to recover the amount of lienors claim as set forth in Claim of
Lien filed by or on behalf of Lienor, Carpet South, Inc., in Material and Mechanic's Lien filed
on February 27, 2007, which is recorded in Book 02057, Page 0044.

Harriet C. Isenberg, Affiant

Harriet C. Isenberg, Esq.
7000 Peachtree-Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
(770) 351-4400   GBN#384889

Sworn to and subscribed before me
this 9th day of July, 2007.

Notary Public

Notary Public, Cherokee County, Georgia
My Commission Expires Sept. 27, 2009

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 JUL 10 PM 1: 05

TOM LAWLER, CLERK

023992

02071
00242

GED

BK 0 2 0 7 1 PG 0 2 4 2

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 MAR 28 PH 1: 34

TOM LAWLER, CLERK

Return To:
Kathey Hilton
Southeastern Appliance & Lighting Company
P O Box 25189
Columbia, SC 29224-5189

803-765-2595

## Materialman's and Mechanic's Claim of Lien
### State of Georgia, Gwinnett County

Southeastern Appliance & Lighting Company, engaged in the business of improving real estate by performing services, furnishing materials and/or equipment, claims a lien in the amount of $32,540.37 plus interest thereon as provided by law, upon a certain building and the real estate upon which it is erected of:

_The Landings Florida, LLC_

property owner(s), for satisfaction of a claim which became due on 12/29/2006 for building, repairing, improving and/or furnishing material and labor for a building or structure. Said labor, materials, or equipment were furnished by the undersigned lien claimant at the instance of Bristol Court Apartments

The real estate in Gwinnett County, Georgia being more particularly described as:

Land Lot: _282 & 305_  District: _6th_  Section: _____

Being Known As:

Plat Book: _____ Page: _____  Warranty Deed: _46210_ Page: _1_

And being more particularly described on EXHIBIT "A" attached hereto and by reference incorporated herein.

This notice and Claim of Lien is filed for record, in the Office of the Clerk of the Superior Court of this County where the property is located pursuant to O.C.G.A. 44-14-360, et.seq. within three (3) months since the last furnishing or performance of the aforementioned labor, service or material.

Filed this the _28th_ day of _March_, 2007.

Southeastern Appliance & Lighting Company

BY: _Kathey Hilton_
Kathey Hilton

ITS: _Credit Manager_

==================================== TO RELEASE CLAIM OF LIEN ====================================

Instructions:  To release this lien in the public record filings, the Lien Claimant must sign the information below the original lien, then mail the original lien and a $5.00 check payable to "The Clerk of Superior Court of Gwinnett County".

Mail To:  Superior Court Clerk of Gwinnett County, P O Box 880
Lawrenceville, Ga  30046, Attn: Lien Filings.

This instrument is hereby cancelled and the Clerk of Superior Court of Gwinnett County, Georgia is hereby authorized and directed to satisfy it of record.

This the _____ day of _____

Southeastern Appliance & Lighting Company

BY: _____  Title: _____

L-3021442

LLD-200-3021442-CW          010452

02071
00243

GED

BK 0 2 0 7 1 PG 0 2 4 3

EXHIBIT "A"

TRACT 1

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, being more particularly described as follows:

BEGINNING at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 30° 23' 54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34° 32' 12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point; thence S 67° 10' 12" E, a distance of 119.25 feet to a point; thence N 23° 38' 00" E a distance of 190.00 feet to a point; thence N 44° 43' 00" E a distance of 116.00 feet to a point; thence S 46° 08' 05" E a distance of 263.52 feet to a point; thence N 79° 55' 00" E a distance of 208.00 feet to a point; thence N 14° 48' 00" E a distance of 164.00 feet to a point; thence N 44° 00' 00" E a distance of 59.00 feet to a point; thence N 84° 04' 00" E a distance of 57.00 feet to a point; thence S 57° 02' 00" E a distance of 53.00 feet to a point; thence S 75° 16' 39" E a distance of 134.70 feet to a point; thence N 61° 30' 00" E a distance of 54.00 feet to a point; thence N 83° 06' 00" E a distance of 36.00 feet to a point; thence S 62° 48' 16" E a distance of 149.00 feet to a point; thence S 51° 58' 09" W a distance of 47.88 feet to a point; thence S 02° 42' 00" E a distance of 50.00 feet to a point; thence S 38° 48' 00" E a distance of 160.00 feet to a point; thence S 73° 47' 00" E a distance of 90.00 feet to a point; thence N 76° 28' 00" E a distance of 189.00 feet to a point; thence N 46° 14' 00" E a distance of 38.00 feet to a point; thence N 20° 31' 00" E a distance of 21.00 feet to a point; thence N 49° 37' 40" E a distance of 288.98 feet to a point; thence N 17° 57' 00" E a distance of 332.00 feet to a point; thence N 65° 39' 00" E a distance of 121.00 feet to a point; thence S 16° 11' 00" W a distance of 148.00 feet to a point; thence S 73° 49' 00" E a distance of 198.00 feet to a point; thence N 16° 11' 00" E a distance of 155.00 feet to a point; thence N 78° 39' 00" E a distance of 42.00 feet to a point; thence S 07° 00' 00" E a distance of 127.00 feet to a point; thence S 72° 57' 17" E a distance of 131.25 feet to a point on the northwestern right-of-way line of Peachtree Corners West (a 100 foot right-of-way); thence S 16° 27' 41" W, along said northwestern right-of-way line of Peachtree Corners West, a distance of 608.00 feet, more or less, to the point of intersection of said right-of-way line with the centerline of Crooked Creek; thence in a generally northwesterly direction, along said centerline of Crooked Creek, and following the meanderings thereof, a distance of 592.00 feet, more or less, to the point of intersection of the centerline of said creek with the line common to said Land Lots 282 and 305; thence S 58° 50' 02" W, along said line common to Land Lots 282 and 305, a distance of 1,462.00 feet, more or less, to the iron pin found at the POINT OF BEGINNING.

P 1 582

02071
00244

GED

BK 0 2 0 7 1 PG 0 2 4 4

EXHIBIT "A"

TRACT 2

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 30° 23' 54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34° 32' 12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point, said point marking the TRUE POINT OF BEGINNING; FROM SAID TRUE POINT OF BEGINNING AS THUS ESTABLISHED, running thence N 34° 32' 12" W, along said line common to Land Lots 305 and 306, a distance of 491.78 feet to an iron pin found; thence N 59° 22' 15" E a distance of 1,683.24 feet to an iron pin found; thence S 31° 09' 38" E a distance of 350.58 feet to an iron pin found; thence S 31° 00' 33" E a distance of 586.68 feet to an iron pin found; thence N 58° 11' 41" E a distance of 385.16 feet to an iron pin found; thence N 17° 02' 50" E a distance of 305.00 feet to an iron pin set; thence N 00° 20' 57" E a distance of 45.12 feet to an iron pin found; thence S 71° 48' 28" E a distance of 511.13 feet to an iron pin set on the northwestern right-of-way line of Peachtree Corners West (a 100 foot right-of-way); thence in a southwesterly direction, along said northwestern right-of-way line of Peachtree Corners West, the following courses and distances: along the arc of a 2,200.00 foot radius curve, an arc distance of 461.36 feet to a point (said arc being subtended by a chord lying to the southeast of said arc and bearing S 22° 28' 09" W a distance of 460.51 feet); and S 16° 27' 41" W a distance of 37.00 feet to a point; thence N 72° 57' 17" W a distance of 131.25 feet to a point; thence N 07° 00' 00" W a distance of 127.00 feet to a point; thence S 78° 39' 00" W a distance of 42.00 feet to a point; thence S 16° 11' 00" W a distance of 155.00 feet to a point; thence N 73° 49' 00" W a distance of 198.00 feet to a point; thence N 16° 11' 00" E a distance of 148.00 feet to a point; thence S 65° 39' 00" W a distance of 121.00 feet to a point; thence S 17° 57' 00" W a distance of 332.00 feet to a point; thence S 49° 37' 40" W a distance of 288.98 feet to a point; thence S 20° 31' 00" W a distance of 21.00 feet to a point; thence S 46° 14' 00" W a distance of 38.00 feet to a point; thence S 76° 28' 00" W a distance of 189.00 feet to a point; thence N 73° 47' 00" W a distance of 90.00 feet to a point; thence N 38° 48' 00" W a distance of 160.00 feet to a point; thence N 02° 42' 00" W a distance of 50.00 feet to a point; thence N 51° 58' 09" E a distance of 47.88 feet to a point; thence N 62° 48' 16" W a distance of 149.00 feet to a point; thence S 83° 06' 00" W a distance of 36.00 feet to a point; thence S 61° 30' 00" W a distance of 54.00 feet to a point; thence N 75° 16' 39" W a distance of 134.70 feet to a point; thence N 57° 02' 00" W a distance of 53.00 feet to a point; thence S 84° 04' 00" W a distance of 57.00 feet to a point; thence S 44° 00' 00" W a distance of 59.00 feet to a point; thence S 14° 48' 00" W a distance of 164.00 feet to a point; thence S 79° 55' 00" W a distance of 208.00 feet to a point; thence N 46° 08' 05" W a distance of 263.52 feet to a point; thence S 44° 43' 00" W a distance of 116.00 feet to a point; thence S 23° 38' 00" W a distance of 190.00 feet to a point; thence N 67° 10' 12" W a distance of 119.25 feet to the TRUE POINT OF BEGINNING. Said Tract containing 39,434 acres.

With respect to TRACT 1 AND TRACT 2

p 2 of 2

02159
00130

# GED

BK 0 2 1 5 9 PG 0 1 3 0

### NOTICE OF SUIT FILED

TO:  CLERK OF SUPERIOR COURT OF GWINNETT COUNTY

RE:  THE LANDINGS FLORIDA, L.L.C. (Owner) and THE LANDINGS FLORIDA,
L.L.C., D/B/A BRISTOL COURT APARTMENTS (Debtor)

Land Lot: 282 & 305,  District: 6th
Deed Book: 46210, Page: 1
Being Known As: Bristol Court Apartments

Personally before the undersigned officer authorized to administer oaths appeared Harriet
C. Isenberg, who, being duly sworn, does state the following:

1. Affiant is the attorney of record for the lienor named below; and

2. That suit has been brought in the State Court of Gwinnett County, Georgia, to wit: Civil
Action 07C-13229-6, The Climatic Corporation as assignee of Southeastern Appliance and
Lighting Co.; said case was filed on September 12, 2007; and

3. That said suit was brought to recover the amount of lienors claim as set forth in Claim of
Lien filed by or on behalf of Lienor, The Climatic Corporation as assignee of Southeastern
Appliance and Lighting Co., in Material and Mechanic's Lien filed on March 28, 2007 which
is recorded in Lien Book 02071, Page 0242.

_____
Harriet C. Isenberg, Affiant

Harriet C. Isenberg, Esq.
7000 Peachtree-Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
(770) 351-4400   GBN#384889

Sworn to and subscribed before me
this ___ day of September 2007.

_____
Notary Public
Notary Public, Cherokee County, Georgia
My Commission Expires Sept. 27, 2009

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
07 SEP 18 PM 4: 28
TOM LAWLER, CLERK

035000

02061
00242

GED

BK 0 2 0 6 1 PG 0 2 4 2

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 MAR -5 PM 4: 41

TOM LAWLER, CLERK

Return to:  John E. Bellus, Jr.
Stone & Bellus, P.C.
4141 Peachtree Dunwoody Road
Building D
Atlanta, Georgia 30338

STATE OF GEORGIA
COUNTY OF GWINNETT

CLAIM OF LIEN

Allsouth Renovations, Inc., a contractor, materialman and laborer engaged in the business of furnishing materials, labor and services used in the building and improving of real property and improvements located thereon, claims a special lien, pursuant to O.C.G.A. Sec. 44-14-361, et seq. in the amount of $162,362.54, plus interest, against the real property commonly referred to as Bristol Court Apartments and owned by The Landings Florida, LLC and the improvements located thereon.

The property against which this lien is claimed is described as follows:

All that tract or parcel of land lying and being in Land Lots 282 and 305 of the 6th District of Gwinnett County, Georgia, as per the Limited Warranty Deed filed at BK 14321 pg 148 et seq., Gwinnett County, Georgia Records, located at 3655 Westchase Village Lane, Norcross, GA 30092. A more complete legal description is attached as Exhibit "A" which is incorporated into and made a part of this Claim of Lien.

This lien is claimed for the furnishing of materials, labor and services used in the construction, erection or improvements of the real property, building and improvements located on said real property and specifically including but not limited to the iron repair and rail painting improvements and related labor and materials provided by the lien claimant.

The materials, labor and services were furnished by the undersigned to the owner at the instance of The Landings Florida, LLC and its agent Greystar.

This claim became due on December 6, 2006.

This lien is filed for record within three months after said materials, labor and services were furnished by the undersigned.

This 5th day of March, 2007.

LIEN CLAIMANT
Allsouth Renovations, Inc.

By: _____
John E. Bellus, JR.
Attorney for Lien Claimant

The debt which this instrument was given to secure having been paid in full this instrument is hereby cancelled and the Clerk of the Superior Court of Gwinnett County, Georgia is hereby authorized and directed to satisfy it of record.
This _____ day of _____, 2007.
By: _____

007661

02061
00243

GED

BK 0 2 0 6 1 PG 0 2 4 3

BK 1 4 3 2 1 PG 0 1 4 9

EXHIBIT "A"

TRACT 1

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 282 and 305 of the 16th District of Gwinnett County, Georgia, being more particularly described as follows:

BEGINNING at an iron pin found marking the corner common to Land Lots 281, 282, 305 and 306, said District and County, and running thence N 30° 23' 54" W, along the line common to said Land Lots 305 and 306, a distance of 422.71 feet to a point; thence N 34° 32' 12" W, along the line common to said Land Lots 305 and 306, a distance of 456.00 feet to a point; thence S 67° 10' 12" E, a distance of 119.25 feet to a point; thence N 23° 38' 00" E a distance of 190.00 feet to a point; thence N 44° 43' 00" E a distance of 116.00 feet to a point; thence S 46° 08' 05" E a distance of 263.52 feet to a point; thence N 79° 55' 00" E a distance of 208.00 feet to a point; thence N 14° 48' 00" E a distance of 144.00 feet to a point; thence N 44° 00' 00" E a distance of 59.00 feet t a point; thence N 84° 04' 00" E a distance of 57.00 feet to a point; thence S 57° 02' 00" E a distance of 53.00 feet to a point; thence S 75° 16' 39" E a distance of 134.70 feet to a point; thence N 61° 30' 00" E a distance of 54.00 feet to a point; thence N 83° 06' 00" E a distance of 36.00 feet to a point; thence S 62° 48' 16" E a distance of 149.00 feet to a point; thence S 51° 58' 09" W a distance of 47.88 feet to a point; thence S 02° 42' 00" E a distance of 50.00 feet to a point; thence S 38° 48' 00" E a distance of 160.00 feet to a point; thence S 73° 47' 00" E a distance of 90.00 feet to a point; thence N 76° 28' 00" E a distance of 189.00 feet to a point; thence N 46° 14' 00" E a distance of 36.00 feet to a point; thence N 20° 31' 00" E a distance of 21.00 feet to a point; thence N 49° 37' 40" E a distance of 288.98 feet to a point; thence N 37° 57' 00" E a distance of 332.00 feet to a point; thence N 65° 39' 00" E a distance of 121.00 feet to a point; thence S 16° 11' 00" W a distance of 148.00 feet to a point; thence S 73° 49' 00" E a distance of 198.00 feet to a point; thence N 16° 11' 00" E a distance of 155.00 feet to a point; thence N 76° 39' 00" E a distance of 42.00 feet to a point; thence S 07° 00' 00" E a distance of 127.00 feet to a point; thence S 72° 57' 17" E a distance of 131.25 feet to a point on the northwestern right-of-way line of Peachtree Corners West (a 100 foot right-of-way); thence S 16° 27' 41" W, along said northwestern right-of-way line of Peachtree Corners West, a distance of 608.00 feet, more or less, to the point of intersection of said right-of-way line with the centerline of Crooked Creek; thence in a generally northwesterly direction, along said centerline of Crooked Creek, and following the meanderings thereof, a distance of 592.00 feet, more or less, to the point of intersection of the centerline of said creek with the line common to said Land Lots 282 and 305; thence S 58° 50' 02" W, along said line common to Land Lots 282 and 305, a distance of 1,462.00 feet, more or less, to the iron pin found at the POINT OF BEGINNING.

02061
00244

GED

BK 02061 PG 0244

BK 14321 PG 150

<u>EXHIBIT "A"</u>

<u>TRACT 2</u>

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots
282 and 305 of the 6th District of Gwinnett County, Georgia, being
more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at an iron pin
found marking the corner common to Land Lots 283, 282, 305 and 306,
said District and County, and running thence N 30° 23' 54" W, along
the line common to said Land Lots 305 and 306, a distance of 422.71
feet to a point; thence N 34° 32' 12"W, along the line common to
said Land Lots 305 and 306, a distance of 456.00 feet to a point,
said point marking the TRUE POINT OF BEGINNING; FROM SAID TRUE
POINT OF BEGINNING AS THUS ESTABLISHED, running thence N 34° 32'
12" W, along said line common to Land Lots 305 and 306, a distance
of 491.78 feet to an iron pin found; thence N 59° 22' 15" E a
distance of 1,683.24 feet to an iron pin found; thence S 31° 09'
38" E a distance of 350.58 feet to an iron pin found; thence N
00° 33' E a distance of 586.68 feet to an iron pin found;
58° 11' 41" E a distance of 385.16 feet to an iron pin found;
thence N 17° 02' 50" E a distance of 45.12 feet to an iron pin
set; thence N 00° 20' 57" E a distance of 511.13 feet to an iron
found; thence S 71° 48' 28" E a distance of 450.51 feet); thence N
pin set on the northwestern right-of-way line of Peachtree Corners
West (a 100 foot right-of-way); thence in a southwesterly
direction, along said northwestern right-of-way line of Peachtree
Corners West, the following courses and distances: along the arc
of a 2,200.00 foot radius curve, an arc distance of 461.36 feet to
a point (said arc being subtended by a chord lying to the southeast
of said arc and bearing S 22° 28' 09" W a distance of 460.51 feet);
and S 16° 27' 41" W a distance of 37.00 feet to a point; thence N 07°
72° 57' 17" W a distance of 131.25 feet to a point; thence S 84° 39'
00° 00" W a distance of 127.00 feet to a point; thence S 16° 11' 00" W
00" W a distance of 42.00 feet to a point; thence N 73° 49' 00" W a
distance of 155.00 feet to a point; thence N 11° 00" E a
distance of 196.00 feet to a point; thence S 65° 39' 00" W a
distance of 148.00 feet to a point; thence S 17° 57' 00" W a
distance of 121.00 feet to a point; thence S 89° 37' 40" W a
distance of 332.00 feet to a point; thence S 20° 31' 00" W a
distance of 288.98 feet to a point; thence S 46° 14' 00" W a
distance of 21.00 feet to a point; thence S 76° 28' 00" W a
distance of 38.00 feet to a point; thence N 73° 47' 00" W a
distance of 189.00 feet to a point; thence N 39° 48' 00" W a
distance of 98.00 feet to a point; thence N 02° 42' 00" W a
distance of 160.00 feet to a point; thence N 53° 58' 00" E a
distance of 50.00 feet to a point; thence S 68° 48' 16" W a
distance of 47.88 feet to a point; thence S 83° 06' 00" W a
distance of 149.00 feet to a point; thence S 61° 30' 00" W a
distance of 36.00 feet to a point; thence N 75° 16' 39" W a
distance of 54.00 feet to a point.

02061
00245

GED

BK 02061 PG 0245

BK 14321 PG 0151

distance of 134.70 feet to a point; thence N 57° 02' 00" W a
distance of 53.00 to a point; thence S 84° 04' 00" W a distance of
57.00 feet to a point; thence S 44° 00' 00" W a distance of 59.00
feet to a point; thence S 14° 48' 00" W a distance of 164.00 feet
to a point; thence S 79° 56' 00" W a distance of 208.00 feet to a
point; thence N 46° 08' 00" W a distance of 263.52 feet to a point;
thence S 44° 43' 00" W a distance of 116.00 feet to a point; thence
S 23° 38' 00" W a distance of 190.00 feet to a point; thence N 57°
10' 32" W a distance of 119.25 feet to the TRUE POINT OF BEGINNING.
Said Tract containing 39.434 acres.

With respect to TRACT 1 AND TRACT 2

TOGETHER WITH rights created in that certain Cross-Easement
Agreement between Peachtree Associates, an Illinois limited
partnership, and Peachtree Investors, an Illinois limited
partnership, dated June 12, 1986, recorded at Deed Book 3600, page
218, Gwinnett County, Georgia Records (it being intended that said
Cross-Easement Agreement not be terminated by merger by reason of
the conveyance of all property encumbered thereby to the same
entity).

Said Tracts 1 and 2 being more particularly described on that certain As-Built
Survey prepared by Benchmark Engineering Corporation, Cleveland S. Boutwell, Jr.,
G.R.L.S. No. 1704, dated December 6, 1983, last revised June 5, 1997.

02092·
00002

GED

BK 0 2 0 9 2 PG 0 0 0 2

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

*STONE & BELLUS, P.C.*
*6849 Peachtree Dunwoody Road*
*Bldg. B-3, Suite 100*
*Atlanta, GA 30328*

2007 MAY 14  AM 11: 14

TOM LAWLER, CLERK

STATE OF GEORGIA
COUNTY OF GWINNETT

NOTICE OF FILING OF ACTION FOR CLAIM ON MECHANICS' AND
MATERIALMAN'S LIEN

Re:  Current Owner of Property against which lien was filed:  The
Landings Florida, LLC. Said Owner acquired property by instrument
recorded in the Office of the Clerk of Superior Court of Clayton
County, in Book 14321, Pages 148 et seq., Records of Gwinnett County,
Georgia.

The property against which this lien is claimed is described as
follows: All that tract or parcel of land lying and being in Land Lots
282 and 305 of the 6th District of Gwinnett County, Georgia, being the
work upon that property owned by The landings Florida, LLC with the
property located at Bristol Court Apartments, 3655 Westchase Village
Lane, as more particularly described in Deed Book 14321 at page 148 et
seq., Gwinnett County, Georgia deed records, which description is
incorporated herein by reference and made a part of this description.

Personally before the undersigned officer, duly authorized to
administer oaths, appeared John E. Bellus, Jr., who being duly sworn,
does state on oath the following in regard to the above-referenced
property:

1.  Affiant, John E. Bellus, Jr., is the attorney of record for
the lienor named in the lien recorded in the office of the Superior
Court of Gwinnett County, in Book 0206, Pages 0242.

2.  This Notice is filed pursuant to O.C.G.A. section 44-14-
361.1(a)(3) and is to give notice that Allsouth Renovations, Inc. (lien
claimant) has filed an action in the State Court of Gwinnett County
styled Allsouth Renovations, Inc., Plaintiff v. The Landings Florida,
LLC, Defendant, Civil Action File No. 07-C-06427-S6, on the 10th day of
May, 2007, in order to recover the amount of the claim for which the
lien was filed.

John E. Bellus, Jr.

_____ to and subscribed before me this
_____ day of May, 2007.

Notary Public

016109

# EXHIBIT K

DrinkerBiddle GardnerCarton

Michael E. Mermall
Partner
(312) 569-1448 Direct
(312) 569-3448 Fax
Michael.Mermall@dbr.com

Law Offices

11 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

October 9, 2007

_Via Facsimile and Overnight Courier_

Mr. Richard J. Nathan
314 Cliffwood Drive
Los Angeles, CA 90049

Re:     $26,500,000 Loan ("Loan") to The Landings Florida, LLC ("Borrower") made by
        ORIX Real Estate Capital, Inc.

Dear Mr. Nathan:

Please be advised that this law firm has been engaged by ORIX Real Estate Capital, Inc., for itself and on behalf of the holder of the Loan Documents (as hereinafter defined) ("Lender") with respect to the above-captioned Loan. In connection with the Loan, you entered into that certain Guaranty (Carveout) ("Carveout Guaranty") dated as of February 28, 2006 for the benefit of Lender.

This letter is written to notify you that there are one or more Events of Default under the Loan (a copy of Lender's notice to Borrower is enclosed for your reference). As Guarantor under the Carveout Guaranty, you may currently have liability to Lender and may become additionally liable to Lender in the future.

Lender reserves the right, in its sole and absolute discretion, at any time and from time to time and without limitation of any reservations and limitations, to take any and all actions, and to exercise any and all rights and remedies, in respect of the Carveout Guaranty for any matters described therein (whether presently known or unknown to Lender) as Lender may consider necessary, appropriate or useful. Lender's rights and remedies include, without limitation, taking one or more actions against you and/or your assets. Further, Lender will look to you for payment of any and all losses, damages, costs, fees and expenses, including attorneys' fees, incurred by Lender and payment of all other amounts that are or become due and payable under the Carveout Guaranty (including, if applicable, repayment of all Indebtedness under the Loan), all of which are hereby reserved by Lender. Nothing contained herein is intended to or shall limit or restrict any rights or remedies available to Lender on account of the aforementioned Events of Default under the Loan Documents (including, without limitation the Carveout Guaranty), at law or in equity.

Mr. Richard J. Nathan
October 9, 2007
Page 2

In the event you have any questions concerning this letter, you may either contact the undersigned or Daniel Palmer at Lender (312-669-6438).

Sincerely,

Michael E. Mermall, Esq.

cc:     Brian Weinhart, Esq.
        Michael J. Moran, Esq.
        Daniel Palmer

CH02/22500748.1

The Landings Florida, LLC
November 5, 2007
Page 4

**<u>EXHIBIT D</u>**

Letter dated October 9, 2007, from DBGC to Borrower and BAM

[*See attached*]

# DrinkerBiddle. ardnerCarton

Michael E. Mernall
Partner
(312) 569-1448 Direct
(312) 569-3448 Fax
Michael.Mernall@dbr.com

*Law Offices*

91 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

October 9, 2007

*Via Facsimile and Overnight Courier*

The Landings Florida, LLC
c/o Commercial Ventures, Inc.
12100 Wilshire Blvd., Suite 250
Los Angeles, CA 90025
Attn: Richard Nathan and Greg Beach

Brentwood Asset Management and
 Advisory Group LLC
c/o Commercial Ventures, Inc.
12100 Wilshire Blvd., Suite 250
Los Angeles, CA 90025

Re:     Asset Management Agreement ("Agreement") between The Landings Florida, LLC
        ("Borrower") and Brentwood Asset Management and Advisory Group LLC ("BAM")
        dated February 28, 2006 regarding The Bristol Court Apartments, Norcross, Georgia
        ("Property")

Please be advised that this law firm has been engaged by ORIX Real Estate Capital, Inc., for itself and on behalf of the holder of the Loan (as hereinafter defined) ("Lender") with respect to that certain $26,500,000 loan ("Loan") made by Lender to Borrower.

You are hereby notified that there currently exist one or more Events of Default under the Loan (a copy of Lender's notice to Borrower is enclosed for your reference). This letter is written to notify Borrower and BAM that Lender is hereby immediately terminating the Agreement pursuant to the terms of the Agreement. A copy of the executed Agreement is enclosed for your reference.

Borrower shall immediately cease making any payments to BAM under the Agreement, and BAM shall accept no such payments. Failure to comply with these instructions may permit Lender to take additional action and to exercise any and all available rights and remedies as Lender may consider necessary, appropriate or useful, including looking to Borrower and BAM for payment of any and all losses, damages, costs, fees and expenses, including attorneys' fees, incurred by Lender in connection with your failure to comply with these instructions and the enforcement of Lender's rights under the Agreement, all of which are hereby reserved by Lender. Nothing contained herein is intended to or shall limit or restrict any rights or remedies available to Lender on account of the aforementioned Events of Default under the Loan Documents, at law or in equity.

In the event you have any questions concerning this letter, you may either contact the undersigned or Daniel Palmer at Lender (312-669-6438). Thank you for your cooperation and immediate attention to this matter.

Sincerely,

Michael E. Mernall, Esq.

cc:     Michael J. Moran, Esq.
        Daniel Palmer

le & Reath LLP
established 1849

The Landings Florida, LLC
November 5, 2007
Page 5

## EXHIBIT "E"

### Liens

1.  Materialman's and Mechanic's Claim of Lien by Century Turn Key, LLC vs. The Landings Florida, LLC, et al., filed March 7, 2007, recorded in GED Book 2063, page 183, Gwinnett County, Georgia Records.

2.  Materialman's and Mechanic's Claim of Lien by Eisner's Superior Flooring, Inc., vs. The Landings Florida, LLC, filed March 23, 2007, recorded in GED Book 2069, page 122, Gwinnett County, Georgia Records.

3.  Materialman's and Mechanic's Claim of Lien by Athens-Atlanta Asphalt Company, Inc., vs. The Landings Florida, LLC, et a., filed July 18, 2007, and recorded in GED Book 2124, page 268, Gwinnett County, Georgia Records.

4.  Materialman's and Mechanic's Claim of Lien by HGA Landscape Services, LLC vs. The Landings Florida, LLC, et al., filed September 24, 2007, and recorded in GED Book 2162, page 99, Gwinnett County, Georgia Records.

5.  Materialman's and Mechanic's Claim of Lien by Carpet South, Inc. vs. The Landings Florida, LLC, filed February 27, 2007, and recorded at GED Book 2057, page 44, Gwinnett County, Georgia Records, as affected by Notice of Suit Filed styled Carpet South, Inc. v. The Landings Florida, LLC, d/b/a Bristol Court Apartments, Civil Action No. 07C-09322-2, filed July 10, 2007, and recorded in GED Book 2120, page 155, aforesaid records.

6.  Materialman's and Mechanic's Claim of Lien by Southeastern Appliance & Lighting Company vs. The Landings Florida, LLC, filed March 28, 2007, and recorded at GED Book 2071, page 242, Gwinnett County, Georgia Records, as affected by Notice of Suit File styled The Climatic Corporation as assignee of Southeastern Appliance and Lighting Co., v. The Landings Florida, LLC, et al., Civil Action No. 07C-13229-6, filed September 18, 2007, and recorded in GED Book 2159, page 130, aforesaid records.

7.  Claim of Lien by Allsouth Renovations, Inc., vs. The Landings Florida, LLC, filed March 5, 2007, and recorded at GED Book 2061, page 242, Gwinnett County, Georgia Records, as affected by Notice of Filing of Action for Claim on Mechanic's and Materialman's Lien, styled Allsouth Renovations, Inc., vs. The Landings Florida, LLC, Civil Action File No. 07-C-06427-S6, filed May 14, 2007, and recorded at GED Book 2092, page 2, aforesaid records.

 

**package id**
0038956

**ship date**
Mon, Nov 05

**to**
Richard Nathan and Greg
  Beach
The Landings Florida, LLC
12100 Wilshire Blvd c/O
  Commercial Ventures, Inc.
Ste 250
Los Angeles , CA  90025-7117
  US
4048156375

**residential address**
No

**return label**
No

**from**
Peter  Glass (7213)
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street NE
Atlanta , GA  30309  US
6109

**billing**
ORIX CAPITAL MARKETS,
LLC.ORIX / BRISTOL
COURT
APARTMENT...MENTS
(39456.350301)

**operator**
Debra Grant
404 815 6375
dGrant@kilpatrickstockton.com

**create time**
11/05/07, 6:41PM

**vendor**
FedEx

**tracking number**
790867372934

**service**
FedEx Priority

**packaging**
FedEx Envelope

**signature**
Indirect signature - at or near
  address

**courtesy quote**
12.90
The courtesy quote does not reflect
fuel surcharge and does not
necessarily reflect all accessorial
charges.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

 

**package id**
0038961

**ship date**
Mon, Nov 05

**to**
Richard Nathan and Greg
    Beach
Commercial Ventures, Inc.
12100 Wilshire Blvd
Ste 250
Los Angeles , CA  90025-7117
US
4048156375

**residential address**
No

**return label**
No

**from**
Peter Glass  (7213)
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street NE
Atlanta , GA  30309 US
6109

**billing**
ORIX CAPITAL MARKETS,
    LLC.ORIX / BRISTOL
    COURT
    APARTMENT...MENTS
(39456.350301)

**operator**
Debra Grant
404 815 6375
dGrant@kilpatrickstockton.com

**create time**
11/05/07, 6:46PM

**vendor**
FedEx

**tracking number**
798302637231

**service**
FedEx Priority

**packaging**
FedEx Envelope

**signature**
Indirect signature - at or near
    address

**courtesy quote**
12.90
The courtesy quote does not reflect
fuel surcharge and does not
necessarily reflect all accessorial
charges.

**Legal Terms and Conditions**

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

# PS◇SHIP™   FedEx®



**package id**
0038959

**ship date**
Mon, Nov 05

**to**
Mr. Richard Nathan
314 Cliffwood Drive
Los Angeles , CA  90049  US
4048156375

**residential address**
No

**return label**
No

**from**
Peter Glass (7213)
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street NE
Atlanta , GA  30309  US
6109

**billing**
ORIX CAPITAL MARKETS,
LLC.ORIX / BRISTOL
COURT
APARTMENT...MENTS
(39456.350301)

**operator**
Debra Grant
404 815 6375
dGrant@kilpatrickstockton.com

**create time**
11/05/07, 6:45PM

**vendor**
FedEx

**tracking number**
798302636279

**service**
FedEx Priority

**packaging**
FedEx Envelope

**signature**
Indirect signature - at or near
address

**courtesy quote**
12.90
*The courtesy quote does not reflect
fuel surcharge and does not
necessarily reflect all accessorial
charges.*

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

 

**package id**
0038957

**ship date**
Mon, Nov 05

**to**
Brian Weinhart
Shumaker Steckbauer
    Weinhart
333 S Hope St
Fl 36
Los Angeles , CA  90071-1406
    US
4048156375

**residential address**
No

**return label**
No

**from**
Peter  Glass  (7213)
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street NE
Atlanta , GA  30309  US
6109

**billing**
ORIX CAPITAL MARKETS,
    LLC.ORIX / BRISTOL
    COURT
    APARTMENT...MENTS
(39456.350301)

**operator**
Debra Grant
404 815 6375
dGrant@kilpatrickstockton.com

**create time**
11/05/07, 6:43PM

**vendor**
FedEx

**tracking number**
798802386599

**service**
FedEx Priority

**packaging**
FedEx Envelope

**signature**
Indirect signature - at or near
    address

**courtesy quote**
12.90
The courtesy quote does not reflect
fuel surcharge and does not
necessarily reflect all accessorial
charges.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1242 |
| RECIPIENT ADDRESS | 3535030191310207849 7 |
| DESTINATION ID | |
| ST. TIME | 11/05 20:08 |
| TIME USE | 05'15 |
| PAGES SENT | 18 |
| RESULT | OK |



---

 **KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

November 5, 2007

# FAX

| RECIPIENT/ PHONE NO. | FAX NO. |
|---|---|
| The Landings Florida, LLC c/o Commercial Ventures, Inc. 12100 Wilshire Blvd., Suite 250 Los Angeles, California 90025 Attention: Richard Nathan and Greg Beach | **(310) 207-8497** |

| | |
|---|---|
| Peter B. Glass | 18 |
| FROM | PAGES (WITH COVER) |
| 7213 | 39456/350301 |
| REFERENCE NO | CLIENT/MATTER NO. |

### PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

## COMMENTS

Please see our today's letter transmitted herewith.



**KILPATRICK STOCKTON LLP**

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/<br>PHONE NO. | FAX NO. |
|---|---|
| The Landings Florida, LLC<br>c/o Commercial Ventures, Inc.<br>12100 Wilshire Blvd., Suite 250<br>Los Angeles, California 90025<br>Attention: Richard Nathan and Greg Beach | **(310) 207-8497** |

Peter B. Glass
FROM

18
PAGES (WITH COVER)

7213
REFERENCE NO

39456/350301
CLIENT/MATTER NO.

---

**PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.**

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

**COMMENTS**

Please see our today's letter transmitted herewith.

---

**TO BE COMPLETED BY KS OPERATIONS CENTER**

TRANSMISSION RECEIPT DATE/TIME: _____

COMPLETED BY: _____  JOB CODE _____

US2000 10425453.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO               1240
RECIPIENT ADDRESS      35350301913102078497
DESTINATION ID
ST. TIME               11/05 19:50
TIME USE               05'17
PAGES SENT             18
RESULT                 OK
```



# KILPATRICK STOCKTON LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/<br>PHONE NO. | FAX NO. |
|---|---|
| Mr. Richard J. Nathan<br>314 Cliffwood Drive<br>Los Angeles, California 90049 | **(310) 207-8497** |

| | |
|---|---|
| Peter B. Glass<br>FROM | 18<br>PAGES (WITH COVER) |
| 7213<br>REFERENCE NO | 39456/350301<br>CLIENT/MATTER NO. |

## PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.

CONFIDENTIALITY NOTE:
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

## COMMENTS

Please see our today's letter transmitted herewith.



# KILPATRICK
## STOCKTON LLP

Attorneys at Law

Suite 2800 1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/ PHONE NO. | FAX NO. |
|---|---|
| Mr. Richard J. Nathan 314 Cliffwood Drive Los Angeles, California 90049 | **(310) 207-8497** |

Peter B. Glass
_____
FROM

18
_____
PAGES (WITH COVER)

7213
_____
REFERENCE NO

39456/350301
_____
CLIENT/MATTER NO.

**PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.**

CONFIDENTIALITY NOTE:
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above.  If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited.  If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

**COMMENTS**

Please see our today's letter transmitted herewith.

| TO BE COMPLETED BY KS OPERATIONS CENTER | |
|---|---|
| TRANSMISSION RECEIPT DATE/TIME: | _____ |
| COMPLETED BY: _____ | JOB CODE _____ |

US2000 10425466.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              1241
RECIPIENT ADDRESS     3535030191310207 8497
DESTINATION ID
ST. TIME              11/05 19:59
TIME USE              05'18
PAGES SENT            18
RESULT               OK
```

# KILPATRICK STOCKTON LLP

**Attorneys at Law**

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

November 5, 2007

# FAX

| RECIPIENT/<br>PHONE NO. | FAX NO. |
|---|---|
| Commercial Ventures, Inc.<br>12100 Wilshire Blvd., Suite 250<br>Los Angeles, California 90025<br>Attention: Richard Nathan and Greg Beach | **(310) 207-8497** |

| | |
|---|---|
| Peter B. Glass | 18 |
| FROM | PAGES (WITH COVER) |
| 7213 | 39456/350301 |
| REFERENCE NO | CLIENT/MATTER NO. |

---

**PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.**

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

---

**COMMENTS**

Please see our today's letter transmitted herewith.



# KILPATRICK STOCKTON LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/ PHONE NO. | |
|---|---|
| Commercial Ventures, Inc.<br>12100 Wilshire Blvd., Suite 250<br>Los Angeles, California 90025<br>Attention: Richard Nathan and Greg Beach | **FAX NO.**<br>**(310) 207-8497** |

| Peter B. Glass | 18 |
|---|---|
| FROM | PAGES (WITH COVER) |
| 7213 | 39456/350301 |
| REFERENCE NO | CLIENT/MATTER NO. |

## PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above.  If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited.  If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

**COMMENTS**

Please see our today's letter transmitted herewith.

| TO BE COMPLETED BY KS OPERATIONS CENTER | |
|---|---|
| TRANSMISSION RECEIPT DATE/TIME: | |
| COMPLETED BY: | JOB CODE |

US2000 10425457.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0857
RECIPIENT ADDRESS     35350301912132292870
DESTINATION ID
ST. TIME              11/05 19:50
TIME USE              02'14
PAGES SENT            18
RESULT               OK
```



# KILPATRICK STOCKTON LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/ PHONE NO. | FAX NO. |
|---|---|
| Shumaker Steckbauer Weinhart, 333 S. Hope Street, 36th Floor Los Angeles, California 90071 Attn: Brian Weinhart | (213) 229-2870 |

Peter B. Glass
**FROM**

18
**PAGES (WITH COVER)**

7213
**REFERENCE NO**

39456/350301
**CLIENT/MATTER NO.**

## PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

## COMMENTS

Please see our today's letter transmitted herewith.



# KILPATRICK
# STOCKTON LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

November 5, 2007

direct dial 404 815 6109
direct fax 404 541 3216
PGlass@KilpatrickStockton.com

# FAX

| RECIPIENT/<br>PHONE NO. | FAX NO. |
|---|---|
| Shumaker Steckbauer Weinhart,<br>333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071<br>Attn: Brian Weinhart | **(213) 229-2870** |

Peter B. Glass
FROM

18
PAGES (WITH COVER)

7213
REFERENCE NO

39456/350301
CLIENT/MATTER NO.

### PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.

**CONFIDENTIALITY NOTE:**
**The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.**

**COMMENTS**

Please see our today's letter transmitted herewith.

| TO BE COMPLETED BY KS OPERATIONS CENTER |
|---|
| TRANSMISSION RECEIPT DATE/TIME: _____ |
| COMPLETED BY: _____  JOB CODE _____ |

US2000 10425463.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM